Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | |
|---|---|
| In re<br><br>BROWN SR., KEVIN EDWARD<br><br><br><br>Debtor | CHAPTER 13<br><br>CASE NO. 2:11-bk-22474-VZ<br><br>NOTICE AND TRUSTEE'S MOTION TO DISMISS DUE TO THE EXPIRATION OF THE PLAN TERM<br>11 U.S.C. §1307(c)(8)<br><br>NO HEARING REQUIRED |

   **PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

<u>**DEADLINE FOR OPPOSITION AND REQUEST FOR HEARING**</u>

**Local Bankr. R. 9013-1 (f) and (h) provides that any response and request for hearing must be filed and served no later than 14 days of the date of service. A party who responds to a Trustee's motion to dismiss must obtain a hearing date from the Court and give notice thereof with the response. Local Bankr. R. 3015-1 (w) (3).**

DATED: June 6, 2016                                                                                                  /s/ Nancy Curry

   I, Nancy Curry, do hereby declare and state as follows:

1. I am the Chapter 13 Trustee for Case No. LA 2:11-bk-22474-VZ, BROWN SR., KEVIN EDWARD  debtor.

2. I have personal knowledge of the facts set forth herein and if called upon to do so, I could and would competently so testify.

3. The petition was filed on March 23, 2011 and the plan term was 60 months which has already passed; however, all of the allowed claims have not been paid and/or all of the required monthly payments have not been received. A summary of receipts and disbursements is attached hereto and is incorporated herein by reference.

 I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on June 6, 2016.
                                                                                                                                 /S/ Nancy Curry

TMD EXPIRED NO HRG

Case Status Report  
Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee  
Status of Case as of     06/06/2016    11:03 AM  

Page    1  
Chapter 13  

**1122474-VZ**

BROWN SR., KEVIN EDWARD

**-2 Rmng of 60 Mos.**  
Percent Pay Uns    100  
SSN: xxx-xx-5609   xxx-xx-  
Debtor Plan Payment:   $0.00 / M  

Atty: TYSON TAKEUCHI  
2524 10TH. AVE.    (213)637-1566  
LOS ANGELES CA 90018  

Debtor Type:   Individual    Emplyr:

----- Last 6 Payments -----

| | | | | | | |
|---|---|---|---|---|---|---|
| Filed | 03/23/2011 | 03/28/2016 | $710.00 | 12/29/2015 | $710.00 | Total Paid In    $39,700.00 |
| First Mtg | 05/19/2011 | 03/03/2016 | $710.00 | 11/30/2015 | $710.00 | |
| Confirmed | 02/13/2012 | 01/26/2016 | $710.00 | 10/26/2015 | $710.00 | |
| Plan Filed | 04/19/2011 | | | | | |
| Start Pmts | 04/22/2011 | | | | | |
| Bar Date | 08/17/2011 | | | | | |

Graduated Payment Plan  
Months    1   Thru   10     $420.00   Per Month =    $4,200.00  
Months   11   Thru   60     $710.00   Per Month =   $35,500.00  

Status    1    ! 2AP 041911 - OBJ2CLM HRG 050916@10:30     Okay to Pay:  Y

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GREEN TREE SERVICING, LLC | 07000587 | | 301-0 | 7/14/2014 | Sec A | | | 24 | $19,414.78 | $19,414.78 | $19,414.78 | | $0.00 |
| CITIMORTGAGE, INC. | 03103434 | | 302-0 | | Sec | | | 24 | $0.00 | | $17,741.46 | | Direct |
| NORTHSTAR CAPITAL ACQUISITION | 14000892 | | 401-0 | | Uns | | | 33 | $0.00 | | | | $0.00 |
| BANK OF AMERICA N.A. | 00275285 | $6.73 | 402-0 | 1/19/2016 | Uns | | | 33 | $119.14 | $57.21 | $119.14 | | $61.93 |
| FINANCIAL PARTNERS C.U. | 06000837 | $8.90 | 403-0 | 2/16/2016 | Uns | | | 33 | $261.36 | $142.97 | $261.36 | | $118.39 |
| AAA CREDIT SERVICE | 00210152 | | 404-0 | 4/19/2016 | Uns | | | 33 | $476.00 | $212.19 | $476.00 | | $263.81 |
| DEPARTMENT OF EDUCATION | 04001006 | | 405-0 | 4/19/2016 | Uns | | | 33 | $13,284.76 | $4,056.48 | $13,284.76 | | $9,228.28 |
| JEFFERSON CAPITAL SYSTEMS LLC | 10000625 | | 406-0 | 4/19/2016 | Uns | | | 33 | $873.60 | $507.62 | $873.60 | | $365.98 |
| WELLS FARGO BANK, N.A. | 15000223 | | 407-0 | 4/19/2016 | Uns | | | 33 | $609.71 | $345.95 | $609.71 | | $263.76 |
| CONSUMER RECOVERY ASSOC | 03102644 | | 408-0 | | Uns | | | 33 | $0.00 | | | | Not Filed |
| INTERNAL REVENUE SERVICE | 09036200 | | 409-0 | 5/17/2016 | Uns | | | 33 | $15,176.23 | $8,818.35 | $15,176.23 | | $6,357.88 |
| TYSON TAKEUCHI | 91091714 | | 666-0 | 10/19/2015 | Lgl | | | 13 | $5,010.00 | $4,410.00 | $5,010.00 $600.00 | | $0.00 |
| NANCY CURRY, TRUSTEE | 14009800 | | TRS-0 | 3/28/2016 | Tru | | | 00 | $3,568.20 | $1,718.82 | | | $1,849.38 |

| | | | | | | $58,793.78 | $39,684.37 | | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | Amount Available | $0.00 |
| Total Debt | $19,414.78 | $0.00 | $30,800.80 | $0.00 | $5,010.00 | $0.00 | $0.00 | | Funds Held | $15.63 |
| Total Paid | $19,414.78 | $0.00 | $14,140.77 | $0.00 | $4,410.00 | $0.00 | $1,718.82 | | Principal Balance | $18,493.78 |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | Debtor Refunds | $0.00 |
| Balance Due | $0.00 | $0.00 | $16,660.03 | $0.00 | $0.00 | | $1,849.38 | | | |

Budget  
ER/H:  
Inc:   $8,899.56    Occup:  
Exp:   $3,623.00    ER/H:  
Surp:  $5,276.56    Occup:

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 6, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**2. SERVED BY UNITED STATES MAIL:**
On June 6, 2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor | Attorney for Debtor |
|---|---|
| BROWN SR., KEVIN EDWARD | TYSON TAKEUCHI |
| 2524 10TH. AVE. | 1100 WILSHIRE BLVD. #2606 |
| LOS ANGELES, CA 90018 | LOS ANGELES, CA 90017-1916 |

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 6, 2016, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| June 6, 2016 | Heather Pedroza | /s/ Heather Pedroza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

BROWN SR., KEVIN EDWARD

2524 10TH. AVE.
LOS ANGELES CA 90018

TYSON TAKEUCHI
LAW OFFICES OF TYSON TAKEUCHI
1100 WILSHIRE BLVD. #2606
LOS ANGELES, CA 90017-1916